IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERBERT J. BLAKENEY, | No. 3:09-CV-00343 |
| Petitioner | (Judge Mariani) |
| v. | |
| JEFFREY BEARD, Commissioner, Pennsylvania, Department of Corrections, LOUIS B. FOLINO, Superintendent of the State Correctional Institution at Greene; and FRANKLIN J. TENNIS, Superintendent of the State Correctional Institution at Rockview, | THIS IS A CAPITAL CASE |
| Respondents | |

## ORDER

AND NOW, THIS 8th DAY OF APRIL, 2016, upon consideration of Petitioner's motion for a stay of these federal habeas proceedings (Doc. 79), **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion for a stay of federal proceedings pending resolution of Petitioner's PCRA petition in the Court of Common Pleas for Dauphin County, Pennsylvania (Doc. 79) is **GRANTED**. Litigation in this habeas corpus proceeding is **STAYED** pending final disposition of PCRA petition.

2. The stay of execution issued by the Court in the Order of July 21, 2015 (Doc. 61), shall **REMAIN IN EFFECT**.

3. Counsel for the parties shall jointly report to the Court the status of the PCRA proceedings sixty (60) days from the date of this Order and every sixty (60) days thereafter.

4. Petitioner's motion to stay further briefing pending this Court's resolution of the motion to stay (Doc. 81) is **DEEMED MOOT**.

Robert D. Mariani
United States District Judge